**LAW OFFICE OF ERIC OLLASON**
ATTORNEY AT LAW
182 NORTH COURT
TUCSON, ARIZONA 85701
TELEPHONE (520) 791-2707
PCC NO. 4349
SBA # 014860
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LAWRENCE J WILSON and<br>LORETTA WILSON,<br><br>Debtors. | In proceedings under<br>Chapter 13<br><br>No. 09-03879-TUC-EWH<br><br>**ORDER GRANTING MOTION<br>FOR AN EXTENSION OF TIME<br>WITHIN WHICH TO CONFIRM<br>DEBTORS' CHAPTER 13 PLAN** |

After consideration of the Debtors' Motion to Extend Time Within Which to Confirm Debtors' Chapter 13 Plan and good cause appearing thereof;

IT IS HEREBY ORDERED, *Debtors shall have an additional sixty (60) days from July 31st, 2009*, to confirm the Debtors' Chapter 13 Plan.

Dated: July 31st, 2009

_____
Hon. Eileen W. Hollowell
United States Bankruptcy Judge