| | |
|---|---|
| 1<br>2<br>3<br>4 | **LAW OFFICE OF ERIC OLLASON**<br>ATTORNEY AT LAW<br>182 NORTH COURT<br>TUCSON, ARIZONA 85701<br>TELEPHONE (520) 791-2707<br>PCC NO. 4349<br>SBA # 014860 |
| 5 | **Attorney for Debtor**s |

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LAWRENCE J. WILSON and<br>LORETTA M. WILSON,<br><br>   Debtors.<br>_____<br>Wells Fargo Home Mortgage Inc,<br><br>   Movant,<br><br>vs.<br><br>Lawrence J. Wilson and Loretta M.<br>Wilson, Debtor(s); Dianne C. Kerns,<br>Chapter 13 Trustee,<br><br>   Respondents. | In proceedings under<br>Chapter 13<br><br>No. 4:09-bk-03879 TUC-EWH<br><br><br><br>**DEBTORS' OBJECTION TO<br>MOTION FOR RELIEF FROM<br>THE AUTOMATIC STAY**<br><br><br>RE: **Real Property Located at<br>8062 East Timrod Street<br>Tucson, AZ 85710** |

     Debtors, by and through their attorney undersigned, hereby objects to *Wells Fargo's* ("Movant") Motion for Relief from the Automatic Stay based upon the following:

1. On March 4, 2009, the Debtors filed for Bankruptcy under Chapter 13 of the United States Bankruptcy Code.

2. Debtors have prepared a Chapter 13 plan that provides for adequate protection of Movant's interest in that they will be paid through the **Chapter 13 conduit plan**, and also pay pre-petition arrears through the plan.

2. Debtors are current on their payments to Movant.

3. The Debtors respectfully ask that the stay remain in full force and effect on the property.

Wherefore, based upon the aforementioned, the Movant's Motion For Relief from the Automatic Stay should be Denied.

DATED: October 9, 2009


/s/ Eric Ollason
Eric Ollason
Attorney for Debtors


Copies of the foregoing mailed
this 9th day of October, 2009 to:

Dianne C. Kerns, Trustee
Office of Chapter 13 Trustee
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741-2305

Tiffany & Bosco PA
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road, Third Floor
Phoenix, AZ 85016
Attorneys for Movant



*Sharon Chacón*
By: Sharon Chacón